**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 2:26-cv-14257-AMC

SCULLY ROYALTY LTD.,

              Plaintiff,

   v.

IAT REINSURANCE CO. LTD., PETER
KELLOGG, CHARLES KELLOGG,
MILFAM LLC, NEIL SUBIN, SKYLER
WICHERS, ALAN HOWE & MARK
HOLLIDAY,

              Defendants.

## PLAINTIFF'S NOTICE OF FILING WAIVER OF SERVICE OF SUMMONS

Plaintiff, SCULLY ROYALTY LTD., files this Notice of Filing Waiver of Service of Summons by Defendants Neil Subin and Skyler Wichers executed by their counsel, Jonathan B. Morton, on August 11, 2026, and attached hereto as Exhibit "A" and Exhibit "B".

Dated: August 11, 2026

Respectfully submitted,

/s/Martin B. Goldberg
Martin B. Goldberg
Florida Bar No.: 827029
mgoldberg@lashgoldberg.com
Benjamin R. Shiekman
Florida Bar No. 113114
bshiekman@lashgoldberg.com
LASH GOLDBERG FINEBERG LLP
Miami Tower
100 Southeast 2nd Street, Suite 1200
Miami, FL 33131-2158
Telephone:  (305) 347-4040
Facsimile:  (305) 347-4050

*Attorneys for Plaintiff Scully Royalty Ltd.*



MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305 347.4040 • Fax: 305.347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 •  Weston, FL, 33331 • Tel: 954.384.2500 • Fax: 954 384.2510
TAMPA  142 West Platt St., Ste.118 •  Tampa, FL, 33606 • Tel: 813 284.4002