**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**Case No. 2:26-cv-14257-AMC**

SCULLY ROYALTY LTD.,

Plaintiffs,

v.

IAT REINSURANCE CO., LTD., PETER KELLOGG, CHARLES KELLOGG, MILFAM, LLC., NEIL SUBIN, SKYLER WICHERS, ALAN HOWE, AND MARK HOLLIDAY,

Defendants.
_______________________________________/

**NOTICE OF APPEARANCE OF ANNASOFIA A. ROIG FOR DEFENDANTS IAT REINSURANCE CO., LTD., PETER KELLOGG, AND CHARLES KELLOGG**

PLEASE TAKE NOTICE of the appearance of Annasofia A. Roig, Esq., of the law firm of Baker & McKenzie LLP, 830 Brickell Plaza, Suite 3100, Miami, Florida 33131, as attorney to be noticed for Defendants, IAT Reinsurance Co., Ltd., Peter Kellogg, and Charles Kellogg.

By entering this appearance, Defendants do not waive, and expressly reserve, all rights, defenses, objections, and arguments available to them, including but not limited to any defenses under Federal Rules of Civil Procedure 12(b)(1)–(7). This appearance is entered solely to provide notice of the undersigned counsel's representation and shall not be construed as a waiver of any procedural or substantive right. Defendants reserve the right to raise all such defenses and objections at the appropriate time and in the appropriate procedural posture.

Respectfully submitted this 18th day of August, 2026.

[*Signature block on following page.*]

**BAKER & MCKENZIE LLP**
*Attorneys for IAT Reinsurance Co., Ltd., Peter Kellogg, and Charles Kellogg*

830 Brickell Plaza, Suite 3100
Miami, Florida 33131
Telephone: (305) 789-8900
Facsimile: (305) 789-8953

By: */s/ Annasofia A. Roig*
Annasofia A. Roig, Esq.
Florida Bar No. 1018149
annasofia.roig@bakermckenzie.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ Annasofia A. Roig*
Annasofia A. Roig, Esq.