**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 2:26-cv-14257-AMC

SCULLY ROYALTY LTD.,

Plaintiff,

v.

IAT REINSURANCE CO. LTD., IAT INSURANCE GROUP, INC., PETER KELLOGG, CHARLES KELLOGG, GOOSE CREEK CAPITAL, INC., HARCO NATIONAL INSURANCE COMPANY, MILFAM LLC, NEIL SUBIN, SKYLER WICHERS, ALAN HOWE & MARK HOLLIDAY,

Defendants.

**JURY TRIAL DEMANDED**

**PLAINTIFF'S NOTICE OF FILING WAIVER OF SERVICE OF SUMMONS**

Plaintiff, SCULLY ROYALTY LTD., hereby files Waivers of Service of Summons executed by William V. Roppolo, counsel for Defendants, IAT Insurance Group, Inc., Goose Creek Capital, Inc., and Harco National Insurance Company, attached hereto as Exhibits "A", "B", and "C", respectively.

Dated: September 4, 2026

Respectfully submitted,

*/s/Martin B. Goldberg*
Martin B. Goldberg
Florida Bar No.: 827029
mgoldberg@lashgoldberg.com
Benjamin R. Shiekman
Florida Bar No. 113114
bshiekman@lashgoldberg.com
LASH GOLDBERG FINEBERG LLP
Miami Tower
100 Southeast 2nd Street, Suite 1200
Miami, FL 33131-2158
Telephone: (305) 347-4040
Facsimile: (305) 347-4050

LATHAM & WATKINS LLP
Colleen C. Smith (*admitted pro hac vice*)
12670 High Bluff Drive
San Diego, CA 92130-3086
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
Colleen.Smith@lw.com

John J. Barber (*admitted pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Jack.Barber@lw.com

Jordan Davisson Cook (*admitted pro hac vice*)
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 755-8238
Facsimile: (714) 755-8290
Jordan.Cook@lw.com

*Attorneys for Plaintiff Scully Royalty Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF on September 4, 2026.

By: *<u>/s/ Martin B. Goldberg</u>*
**MARTIN B. GOLDBERG**