# EXHIBIT A

# SECURITIES AND EXCHANGE COMMISSION
# Washington, D.C. 20549

## SCHEDULE 13D

**Under the Securities Exchange Act of 1934**

**(Amendment No. 8)**

**Scully Royalty Ltd.**

**(Name of Issuer)**

**Common Shares, par value $0.001 per share**

**(Title of Class of Securities)**

**G7T96K107**

**(CUSIP Number)**

**Neil S. Subin**
**2336 SE Ocean Blvd., Suite 400,**
**Stuart, FL, 34996**
**(561) 287-5399**

**(Name, Address and Telephone Number of Person Authorized to Receive Notices and Communications)**

**09/14/2026**

**(Date of Event Which Requires Filing of This Statement)**

If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this Schedule 13D, and is filing this schedule because of §§ 240.13d-1(e), 240.13d-1(f) or 240.13d-1(g), check the following box. ☐

The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

# SCHEDULE 13D

| | |
|---|---|
| **CUSIP Number(s):** | G7T96K107 |

| | | | |
|---|---|---|---|
| **1** | **Name of reporting person**<br><br>Neil S. Subin | | |
| **2** | **Check the appropriate box if a member of a Group (See Instructions)**<br><br>☑ (a)<br>☐ (b) | | |
| **3** | **SEC use only** | | |
| **4** | **Source of funds (See Instructions)**<br><br>AF, PF, OO | | |
| **5** | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br><br>☐ | | |
| **6** | **Citizenship or place of organization**<br><br>UNITED STATES | | |
| **Number of Shares Beneficially Owned by Each Reporting Person With:** | **7** | **Sole Voting Power**<br><br>0.00 | |
| | **8** | **Shared Voting Power**<br><br>1,985,952.00 | |
| | **9** | **Sole Dispositive Power**<br><br>0.00 | |
| | **10** | **Shared Dispositive Power**<br><br>1,985,952.00 | |
| **11** | **Aggregate amount beneficially owned by each reporting person**<br><br>1,985,952.00 | | |
| **12** | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br><br>☐ | | |
| **13** | **Percent of class represented by amount in Row (11)**<br><br>13.0 % | | |

| | |
|---|---|
| **14** | **Type of Reporting Person (See Instructions)**<br>IN |

**Comment for Type of Reporting Person:** Note to Rows 8, 9, 10 and 11: Represents (i) 48,483 common shares owned of record by MILFAM LLC; (ii) 31,033 common shares, par value $0.001 per share ("common shares"), of Scully Royalty Ltd. (the "Issuer") owned of record by Catherine C. Miller Irrevocable Trust; (iii) 22,456 common shares owned of record by Catherine C Miller Trust A-3; (iv) 215,042 common shares owned of record by Catherine C Miller Revocable Trust; (v) 20,658 common shares owned of record by Kimberley S. Miller GST Trust; (vi) 188,687 common shares owned of record by LIMFAM LLC; (vii) 163,005 common shares owned of record by LIM III Estate LLC; (viii) 64,715 common shares owned of record by Lloyd I. Miller Trust A-1; (ix) 28,355 common shares owned of record by Catherine C Miller Estate; (x) 5,330 common shares owned of record by Lloyd I. Miller, III Irrevocable Trust; (xi) 32,693 common shares owned of record by Miller Great Grandchildren Trust; (xii) 176,735 common shares owned of record by Susan F. Miller Spousal Trust A-4; (xiii) 176,734 common shares owned of record by Miller Family Education and Medical Trust; (xiv) 150,282 common shares owned of record by MILFAM I L.P.; (xv) 428,563 common shares owned of record by MILFAM II L.P.; (xvi) 26,611 common shares owned of record by MILFAM III LLC; (xvii) 40,250 common shares owned of record by Susan F. Miller; and (xviii) 166,320 common shares owned of record by Alimco Re Ltd. Mr. Subin is the President and Manager of MILFAM LLC, which serves as manager, general partner, or advisor of a number of the foregoing entities formerly managed or advised by the late Lloyd I. Miller, III, and he also serves as trustee of a number of the foregoing trusts for the benefit of the family of the late Mr. Lloyd I. Miller, III, consequently, he may be deemed the beneficial owner of the shares specified in clauses (i) through (xviii) of the preceding sentence. Mr. Subin disclaims beneficial ownership of any shares other than to the extent he may have a pecuniary interest therein.

Note to Row 13: The percentage reported in this Amendment No. 8 to Schedule 13D (this "Amendment No. 8") is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Issuer's Current Report on Form 6-K ("Form 6-K") as filed with the U.S. Securities and Exchange Commission on December 5, 2025).

## SCHEDULE 13D

| | |
|---|---|
| **CUSIP Number(s):** | G7T96K107 |

| | |
|---|---|
| **1** | **Name of reporting person**<br>MILFAM LLC |
| **2** | **Check the appropriate box if a member of a Group (See Instructions)**<br>☑ (a)<br>☐ (b) |
| **3** | **SEC use only** |
| **4** | **Source of funds (See Instructions)**<br>AF, PF, OO |

| | | |
|---|---|---|
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br>☐ | |
| 6 | **Citizenship or place of organization**<br>DELAWARE | |
| **Number of Shares Beneficially Owned by Each Reporting Person With:** | 7 | **Sole Voting Power**<br>0.00 |
| | 8 | **Shared Voting Power**<br>1,957,597.00 |
| | 9 | **Sole Dispositive Power**<br>0.00 |
| | 10 | **Shared Dispositive Power**<br>1,957,597.00 |
| 11 | **Aggregate amount beneficially owned by each reporting person**<br>1,957,597.00 | |
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br>☐ | |
| 13 | **Percent of class represented by amount in Row (11)**<br>12.9 % | |
| 14 | **Type of Reporting Person (See Instructions)**<br>OO | |

**Comment for Type of Reporting Person:** Note to Rows 8, 10 and 11: Represents (i) 22,456 common shares owned of record by Catherine C Miller Trust A-3; (ii) 215,042 common shares owned of record by Catherine C Miller Revocable Trust; (iii) 188,687 common shares owned of record by LIMFAM LLC; (iv) 163,005 common shares owned of record by LIM III Estate LLC; (v) 64,715 common shares owned of record by Lloyd I. Miller Trust A-1; (vi) 176,735 common shares owned of record by Susan F. Miller Spousal Trust A-4; (vii) 176,734 common shares owned of record by Miller Family Education and Medical Trust; (viii) 150,282 common shares owned of record by MILFAM I L.P.; (ix) 428,563 common shares owned of record by MILFAM II L.P.; (x) 26,611 common shares owned of record by MILFAM III LLC; (xi) 48,483 common shares owned of record by MILFAM LLC; (xii) 166,320 common shares owned of record by Alimco Re Ltd.; (xiii) 31,033 common shares owned of record by Catherine C. Miller Irrevocable Trust; (xiv) 20,658 common shares owned of record by Kimberley S. Miller GST Trust; (xv) 32,693 common shares owned of record by Miller Great Grandchildren Trust; (xvi) 5,330 common shares owned of record by Lloyd I. Miller, III Irrevocable Trust; and (xvii) 40,250 common shares owned of record by Susan F. Miller. MILFAM LLC serves as manager, general partner, or advisor of the foregoing entities formerly managed or advised by the late Lloyd I. Miller, III, consequently, it may be deemed the beneficial owner of the shares specified in clauses (i) through (xvii) of the preceding sentence. MILFAM LLC disclaims beneficial ownership of any shares other than to the extent it may have a pecuniary interest therein.

Note to Row 13: The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

## SCHEDULE 13D

| | |
|---|---|
| **CUSIP Number(s):** | G7T96K107 |

| | | | |
|---|---|---|---|
| 1 | **Name of reporting person**<br>Alimco Re Ltd. | | |
| 2 | **Check the appropriate box if a member of a Group (See Instructions)**<br>☑ (a)<br>☐ (b) | | |
| 3 | **SEC use only** | | |
| 4 | **Source of funds (See Instructions)**<br>WC | | |
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br>☐ | | |
| 6 | **Citizenship or place of organization**<br>BERMUDA | | |
| **Number of Shares Beneficially Owned by Each Reporting Person With:** | 7 | **Sole Voting Power**<br>0.00 | |
| | 8 | **Shared Voting Power**<br>166,320.00 | |
| | 9 | **Sole Dispositive Power**<br>0.00 | |
| | 10 | **Shared Dispositive Power**<br>166,320.00 | |
| 11 | **Aggregate amount beneficially owned by each reporting person**<br>166,320.00 | | |
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br>☐ | | |

| | |
|---|---|
| 13 | **Percent of class represented by amount in Row (11)**<br>1.1 % |
| 14 | **Type of Reporting Person (See Instructions)**<br>OO |

**Comment for Type of Reporting Person:** Note to Row 13: The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

## SCHEDULE 13D

| | |
|---|---|
| **CUSIP Number(s):** | G7T96K107 |

| | | | |
|---|---|---|---|
| 1 | **Name of reporting person**<br>Catherine C. Miller Irrevocable Trust | | |
| 2 | **Check the appropriate box if a member of a Group (See Instructions)**<br>☑ (a)<br>☐ (b) | | |
| 3 | **SEC use only** | | |
| 4 | **Source of funds (See Instructions)**<br>PF | | |
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br>☐ | | |
| 6 | **Citizenship or place of organization**<br>UNITED STATES | | |
| **Number of Shares Beneficially Owned by Each Reporting Person With:** | 7 | **Sole Voting Power**<br>0.00 | |
| | 8 | **Shared Voting Power**<br>31,033.00 | |
| | 9 | **Sole Dispositive Power**<br>0.00 | |
| | 10 | **Shared Dispositive Power**<br>31,033.00 | |

| | |
|---|---|
| 11 | **Aggregate amount beneficially owned by each reporting person**<br>31,033.00 |
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br>☐ |
| 13 | **Percent of class represented by amount in Row (11)**<br>0.2 % |
| 14 | **Type of Reporting Person (See Instructions)**<br>OO |

**Comment for Type of Reporting Person:** Note to Row 13: The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

## SCHEDULE 13D

| | |
|---|---|
| **CUSIP Number(s):** | G7T96K107 |

| | | | |
|---|---|---|---|
| 1 | **Name of reporting person**<br>Catherine C Miller Trust A-3 | | |
| 2 | **Check the appropriate box if a member of a Group (See Instructions)**<br>☑ (a)<br>☐ (b) | | |
| 3 | **SEC use only** | | |
| 4 | **Source of funds (See Instructions)**<br>PF | | |
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br>☐ | | |
| 6 | **Citizenship or place of organization**<br>UNITED STATES | | |
| **Number of Shares Beneficially Owned by Each Reporti** | 7 | **Sole Voting Power**<br>0.00 | |
| | 8 | **Shared Voting Power**<br>22,456.00 | |

| | | |
|---|---|---|
| ng Person With: | 9 | **Sole Dispositive Power**<br>0.00 |
| | 10 | **Shared Dispositive Power**<br>22,456.00 |
| 11 | **Aggregate amount beneficially owned by each reporting person**<br>22,456.00 | |
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br>☐ | |
| 13 | **Percent of class represented by amount in Row (11)**<br>0.1 % | |
| 14 | **Type of Reporting Person (See Instructions)**<br>OO | |

**Comment for Type of Reporting Person:** Note to Row 13: The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

## SCHEDULE 13D

**CUSIP Number(s):** G7T96K107

| | |
|---|---|
| 1 | **Name of reporting person**<br>Catherine C Miller Revocable Trust |
| 2 | **Check the appropriate box if a member of a Group (See Instructions)**<br>☑ (a)<br>☐ (b) |
| 3 | **SEC use only** |
| 4 | **Source of funds (See Instructions)**<br>PF |
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br>☐ |
| 6 | **Citizenship or place of organization**<br>UNITED STATES |

| | | |
|---|---|---|
| Number of Shares Beneficially Owned by Each Reporting Person With: | 7 | **Sole Voting Power**<br>0.00 |
| | 8 | **Shared Voting Power**<br>215,042.00 |
| | 9 | **Sole Dispositive Power**<br>0.00 |
| | 10 | **Shared Dispositive Power**<br>215,042.00 |
| 11 | **Aggregate amount beneficially owned by each reporting person**<br>215,042.00 | |
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br>☐ | |
| 13 | **Percent of class represented by amount in Row (11)**<br>1.4 % | |
| 14 | **Type of Reporting Person (See Instructions)**<br>OO | |

**Comment for Type of Reporting Person:** Note to Row 13: The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

## SCHEDULE 13D

| | |
|---|---|
| **CUSIP Number(s):** | G7T96K107 |

| | |
|---|---|
| 1 | **Name of reporting person**<br>Kimberley S. Miller GST Trust |
| 2 | **Check the appropriate box if a member of a Group (See Instructions)**<br>☑ (a)<br>☐ (b) |
| 3 | **SEC use only** |
| 4 | **Source of funds (See Instructions)**<br>PF |

| | | | |
|---|---|---|---|
| 5 | Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)<br>☐ | | |
| 6 | Citizenship or place of organization<br>UNITED STATES | | |
| Number of Shares Beneficially Owned by Each Reporting Person With: | 7 | Sole Voting Power<br>0.00 | |
| | 8 | Shared Voting Power<br>20,658.00 | |
| | 9 | Sole Dispositive Power<br>0.00 | |
| | 10 | Shared Dispositive Power<br>20,658.00 | |
| 11 | Aggregate amount beneficially owned by each reporting person<br>20,658.00 | | |
| 12 | Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)<br>☐ | | |
| 13 | Percent of class represented by amount in Row (11)<br>0.1 % | | |
| 14 | Type of Reporting Person (See Instructions)<br>OO | | |

**Comment for Type of Reporting Person:** Note to Row 13: The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

## SCHEDULE 13D

| | |
|---|---|
| **CUSIP Number(s):** | G7T96K107 |

| | |
|---|---|
| 1 | Name of reporting person<br>LIMFAM LLC |
| 2 | Check the appropriate box if a member of a Group (See Instructions) |

| | | | |
|---|---|---|---|
| | ☑ (a)<br>☐ (b) | | |
| 3 | **SEC use only** | | |
| 4 | **Source of funds (See Instructions)**<br>WC | | |
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br>☐ | | |
| 6 | **Citizenship or place of organization**<br>DELAWARE | | |
| **Number of Shares Beneficially Owned by Each Reporting Person With:** | 7 | **Sole Voting Power**<br>0.00 | |
| | 8 | **Shared Voting Power**<br>188,687.00 | |
| | 9 | **Sole Dispositive Power**<br>0.00 | |
| | 10 | **Shared Dispositive Power**<br>188,687.00 | |
| 11 | **Aggregate amount beneficially owned by each reporting person**<br>188,687.00 | | |
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br>☐ | | |
| 13 | **Percent of class represented by amount in Row (11)**<br>1.2 % | | |
| 14 | **Type of Reporting Person (See Instructions)**<br>OO | | |

**Comment for Type of Reporting Person:** Note to Row 13: The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

## SCHEDULE 13D

| | |
|---|---|
| **CUSIP Number(s):** | G7T96K107 |

| | | |
|---|---|---|
| 1 | **Name of reporting person** | LIM III Estate LLC |
| 2 | **Check the appropriate box if a member of a Group (See Instructions)** | ☑ (a)<br>☐ (b) |
| 3 | **SEC use only** | |
| 4 | **Source of funds (See Instructions)** | PF |
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)** | ☐ |
| 6 | **Citizenship or place of organization** | DELAWARE |
| **Number of Shares Beneficially Owned by Each Reporting Person With:** 7 | **Sole Voting Power** | 0.00 |
| 8 | **Shared Voting Power** | 163,005.00 |
| 9 | **Sole Dispositive Power** | 0.00 |
| 10 | **Shared Dispositive Power** | 163,005.00 |
| 11 | **Aggregate amount beneficially owned by each reporting person** | 163,005.00 |
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)** | ☐ |
| 13 | **Percent of class represented by amount in Row (11)** | 1.1 % |
| 14 | **Type of Reporting Person (See Instructions)** | OO |

**Comment for Type of Reporting Person:** Note to Row 13: The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

# SCHEDULE 13D

| | |
|---|---|
| **CUSIP Number(s):** | G7T96K107 |

| | | |
|---|---|---|
| 1 | **Name of reporting person**<br>Lloyd I. Miller Trust A-1 | |
| 2 | **Check the appropriate box if a member of a Group (See Instructions)**<br>☑ (a)<br>☐ (b) | |
| 3 | **SEC use only** | |
| 4 | **Source of funds (See Instructions)**<br>PF | |
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br>☐ | |
| 6 | **Citizenship or place of organization**<br>UNITED STATES | |
| **Number of Shares Beneficially Owned by Each Reporting Person With:** | 7 | **Sole Voting Power**<br>0.00 |
| | 8 | **Shared Voting Power**<br>64,715.00 |
| | 9 | **Sole Dispositive Power**<br>0.00 |
| | 10 | **Shared Dispositive Power**<br>64,715.00 |
| 11 | **Aggregate amount beneficially owned by each reporting person**<br>64,715.00 | |
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br>☐ | |
| 13 | **Percent of class represented by amount in Row (11)**<br>0.4 % | |

| | |
|---|---|
| 14 | **Type of Reporting Person (See Instructions)**<br>OO |

**Comment for Type of Reporting Person:** Note to Row 13: The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

## SCHEDULE 13D

| | |
|---|---|
| **CUSIP Number(s):** | G7T96K107 |

| | | | |
|---|---|---|---|
| 1 | **Name of reporting person**<br>Catherine C Miller Estate | | |
| 2 | **Check the appropriate box if a member of a Group (See Instructions)**<br>☑ (a)<br>☐ (b) | | |
| 3 | **SEC use only** | | |
| 4 | **Source of funds (See Instructions)**<br>PF | | |
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br>☐ | | |
| 6 | **Citizenship or place of organization**<br>UNITED STATES | | |
| **Number of Shares Beneficially Owned by Each Reporting Person With:** | 7 | **Sole Voting Power**<br>0.00 | |
| | 8 | **Shared Voting Power**<br>28,355.00 | |
| | 9 | **Sole Dispositive Power**<br>0.00 | |
| | 10 | **Shared Dispositive Power**<br>28,355.00 | |
| 11 | **Aggregate amount beneficially owned by each reporting person**<br>28,355.00 | | |

| | |
|---|---|
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br>☐ |
| 13 | **Percent of class represented by amount in Row (11)**<br>0.2 % |
| 14 | **Type of Reporting Person (See Instructions)**<br>OO |

**Comment for Type of Reporting Person:** Note to Row 13: The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

# SCHEDULE 13D

| | |
|---|---|
| **CUSIP Number(s):** | G7T96K107 |

| | | | |
|---|---|---|---|
| 1 | **Name of reporting person**<br>Lloyd I. Miller, III Irrevocable Trust | | |
| 2 | **Check the appropriate box if a member of a Group (See Instructions)**<br>☑ (a)<br>☐ (b) | | |
| 3 | **SEC use only** | | |
| 4 | **Source of funds (See Instructions)**<br>PF | | |
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br>☐ | | |
| 6 | **Citizenship or place of organization**<br>UNITED STATES | | |
| **Number of Shares Beneficially Owned by Each Reporting Person With:** | 7 | **Sole Voting Power**<br>0.00 | |
| | 8 | **Shared Voting Power**<br>5,330.00 | |
| | 9 | **Sole Dispositive Power**<br>0.00 | |

| | | |
|---|---|---|
| | 10 | **Shared Dispositive Power**<br>5,330.00 |
| 11 | **Aggregate amount beneficially owned by each reporting person**<br>5,330.00 | |
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br>☐ | |
| 13 | **Percent of class represented by amount in Row (11)**<br>0.0 % | |
| 14 | **Type of Reporting Person (See Instructions)**<br>OO | |

**Comment for Type of Reporting Person:** Note to Row 13: The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

## SCHEDULE 13D

**CUSIP Number(s):** G7T96K107

| | | |
|---|---|---|
| 1 | **Name of reporting person**<br>Miller Great Grandchildren Trust | |
| 2 | **Check the appropriate box if a member of a Group (See Instructions)**<br>☑ (a)<br>☐ (b) | |
| 3 | **SEC use only** | |
| 4 | **Source of funds (See Instructions)**<br>PF | |
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br>☐ | |
| 6 | **Citizenship or place of organization**<br>UNITED STATES | |
| **Number of Shares Benefic** | 7 | **Sole Voting Power**<br>0.00 |

| | | |
|---|---|---|
| ially Owned by Each Reporting Person With: | 8 | **Shared Voting Power**<br>32,693.00 |
| | 9 | **Sole Dispositive Power**<br>0.00 |
| | 10 | **Shared Dispositive Power**<br>32,693.00 |
| 11 | **Aggregate amount beneficially owned by each reporting person**<br>32,693.00 | |
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br>☐ | |
| 13 | **Percent of class represented by amount in Row (11)**<br>0.2 % | |
| 14 | **Type of Reporting Person (See Instructions)**<br>OO | |

**Comment for Type of Reporting Person:** Note to Row 13: The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

## SCHEDULE 13D

**CUSIP Number(s):** G7T96K107

| | |
|---|---|
| 1 | **Name of reporting person**<br>Susan F. Miller Spousal Trust A-4 |
| 2 | **Check the appropriate box if a member of a Group (See Instructions)**<br>☑ (a)<br>☐ (b) |
| 3 | **SEC use only** |
| 4 | **Source of funds (See Instructions)**<br>PF |
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br>☐ |

| | | | |
|---|---|---|---|
| 6 | **Citizenship or place of organization**<br>UNITED STATES | | |
| **Number of Shares Beneficially Owned by Each Reporting Person With:** | 7 | **Sole Voting Power**<br>0.00 | |
| | 8 | **Shared Voting Power**<br>176,735.00 | |
| | 9 | **Sole Dispositive Power**<br>0.00 | |
| | 10 | **Shared Dispositive Power**<br>176,735.00 | |
| 11 | **Aggregate amount beneficially owned by each reporting person**<br>176,735.00 | | |
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br>☐ | | |
| 13 | **Percent of class represented by amount in Row (11)**<br>1.2 % | | |
| 14 | **Type of Reporting Person (See Instructions)**<br>OO | | |

**Comment for Type of Reporting Person:** Note to Row 13: The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

## SCHEDULE 13D

| | |
|---|---|
| **CUSIP Number(s):** | G7T96K107 |

| | |
|---|---|
| 1 | **Name of reporting person**<br>Miller Family Education and Medical Trust |
| 2 | **Check the appropriate box if a member of a Group (See Instructions)**<br>☑ (a)<br>☐ (b) |
| 3 | **SEC use only** |

| | | | |
|---|---|---|---|
| 4 | Source of funds (See Instructions)<br>PF | | |
| 5 | Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)<br>☐ | | |
| 6 | Citizenship or place of organization<br>UNITED STATES | | |
| Number of Shares Beneficially Owned by Each Reporting Person With: | 7 | Sole Voting Power<br>0.00 | |
| | 8 | Shared Voting Power<br>176,734.00 | |
| | 9 | Sole Dispositive Power<br>0.00 | |
| | 10 | Shared Dispositive Power<br>176,734.00 | |
| 11 | Aggregate amount beneficially owned by each reporting person<br>176,734.00 | | |
| 12 | Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)<br>☐ | | |
| 13 | Percent of class represented by amount in Row (11)<br>1.2 % | | |
| 14 | Type of Reporting Person (See Instructions)<br>OO | | |

**Comment for Type of Reporting Person:** Note to Row 13: The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

## SCHEDULE 13D

| | |
|---|---|
| **CUSIP Number(s):** | G7T96K107 |

| | | | |
|---|---|---|---|
| 1 | Name of reporting person<br><br>MFTC, LLC | | |
| 2 | Check the appropriate box if a member of a Group (See Instructions)<br><br>☑ (a)<br>☐ (b) | | |
| 3 | SEC use only | | |
| 4 | Source of funds (See Instructions)<br><br>OO | | |
| 5 | Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)<br><br>☐ | | |
| 6 | Citizenship or place of organization<br><br>UNITED STATES | | |
| Number of Shares Beneficially Owned by Each Reporting Person With: | 7 | Sole Voting Power<br><br>0.00 | |
| | 8 | Shared Voting Power<br><br>353,469.00 | |
| | 9 | Sole Dispositive Power<br><br>0.00 | |
| | 10 | Shared Dispositive Power<br><br>353,469.00 | |
| 11 | Aggregate amount beneficially owned by each reporting person<br><br>353,469.00 | | |
| 12 | Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)<br><br>☐ | | |
| 13 | Percent of class represented by amount in Row (11)<br><br>2.3 % | | |
| 14 | Type of Reporting Person (See Instructions)<br><br>OO | | |

**Comment for Type of Reporting Person:** Note to Rows 8, 10 and 11:

Represents (i) 176,735 common shares owned of record by Susan F. Miller Spousal Trust A-4 and (ii) 176,734 common shares owned of record by Miller Family Education and Medical Trust. MFTC, LLC ("MFTC") acts as trustee for the Susan F. Miller Spousal Trust A-4 and the Miller Family Education and Medical Trust, consequently, MFTC may be deemed

the beneficial owner of the shares specified in clauses (i) and (ii) of the preceding sentence. MFTC disclaims beneficial ownership of any shares other than to the extent it may have a pecuniary interest therein.

Note to Row 13:

The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

## SCHEDULE 13D

| | |
|---|---|
| **CUSIP Number(s):** | G7T96K107 |

| | | | |
|---|---|---|---|
| 1 | **Name of reporting person**<br>MILFAM I L.P. | | |
| 2 | **Check the appropriate box if a member of a Group (See Instructions)**<br>☑ (a)<br>☐ (b) | | |
| 3 | **SEC use only** | | |
| 4 | **Source of funds (See Instructions)**<br>WC | | |
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br>☐ | | |
| 6 | **Citizenship or place of organization**<br>UNITED STATES | | |
| **Number of Shares Beneficially Owned by Each Reporting Person With:** | 7 | **Sole Voting Power**<br>0.00 | |
| | 8 | **Shared Voting Power**<br>150,282.00 | |
| | 9 | **Sole Dispositive Power**<br>0.00 | |
| | 10 | **Shared Dispositive Power**<br>150,282.00 | |
| 11 | **Aggregate amount beneficially owned by each reporting person**<br>150,282.00 | | |

| | |
|---|---|
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br>☐ |
| 13 | **Percent of class represented by amount in Row (11)**<br>1.0 % |
| 14 | **Type of Reporting Person (See Instructions)**<br>PN |

**Comment for Type of Reporting Person:** Note to Row 13: The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

## SCHEDULE 13D

| | |
|---|---|
| **CUSIP Number(s):** | G7T96K107 |

| | | | |
|---|---|---|---|
| 1 | **Name of reporting person**<br>MILFAM II L.P. | | |
| 2 | **Check the appropriate box if a member of a Group (See Instructions)**<br>☑ (a)<br>☐ (b) | | |
| 3 | **SEC use only** | | |
| 4 | **Source of funds (See Instructions)**<br>WC | | |
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br>☐ | | |
| 6 | **Citizenship or place of organization**<br>UNITED STATES | | |
| **Number of Shares Beneficially Owned by Each Reporting Person With:** | 7 | **Sole Voting Power**<br>0.00 | |
| | 8 | **Shared Voting Power**<br>428,563.00 | |
| | 9 | **Sole Dispositive Power**<br>0.00 | |

| | | |
|---|---|---|
| | 10 | **Shared Dispositive Power**<br>428,563.00 |
| 11 | **Aggregate amount beneficially owned by each reporting person**<br>428,563.00 | |
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br>☐ | |
| 13 | **Percent of class represented by amount in Row (11)**<br>2.8 % | |
| 14 | **Type of Reporting Person (See Instructions)**<br>PN | |

**Comment for Type of Reporting Person:** Note to Row 13: The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

## SCHEDULE 13D

| | |
|---|---|
| **CUSIP Number(s):** | G7T96K107 |

| | | |
|---|---|---|
| 1 | **Name of reporting person**<br>MILFAM III LLC | |
| 2 | **Check the appropriate box if a member of a Group (See Instructions)**<br>☑ (a)<br>☐ (b) | |
| 3 | **SEC use only** | |
| 4 | **Source of funds (See Instructions)**<br>WC | |
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br>☐ | |
| 6 | **Citizenship or place of organization**<br>UNITED STATES | |
| **Number of Shares Benefic** | 7 | **Sole Voting Power**<br>0.00 |

| | | |
|---|---|---|
| ially Owned by Each Reporting Person With: | 8 | **Shared Voting Power**<br>26,611.00 |
| | 9 | **Sole Dispositive Power**<br>0.00 |
| | 10 | **Shared Dispositive Power**<br>26,611.00 |
| 11 | **Aggregate amount beneficially owned by each reporting person**<br>26,611.00 | |
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br>☐ | |
| 13 | **Percent of class represented by amount in Row (11)**<br>0.2 % | |
| 14 | **Type of Reporting Person (See Instructions)**<br>OO | |

**Comment for Type of Reporting Person:** Note to Row 13: The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

## SCHEDULE 13D

| | |
|---|---|
| **CUSIP Number(s):** | G7T96K107 |

| | |
|---|---|
| 1 | **Name of reporting person**<br>Susan F. Miller |
| 2 | **Check the appropriate box if a member of a Group (See Instructions)**<br>☑ (a)<br>☐ (b) |
| 3 | **SEC use only** |
| 4 | **Source of funds (See Instructions)**<br>PF |
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br>☐ |

| | | |
|---|---|---|
| 6 | **Citizenship or place of organization**<br>UNITED STATES | |
| **Number of Shares Beneficially Owned by Each Reporting Person With:** | 7 | **Sole Voting Power**<br>0.00 |
| | 8 | **Shared Voting Power**<br>40,250.00 |
| | 9 | **Sole Dispositive Power**<br>0.00 |
| | 10 | **Shared Dispositive Power**<br>40,250.00 |
| 11 | **Aggregate amount beneficially owned by each reporting person**<br>40,250.00 | |
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br>☐ | |
| 13 | **Percent of class represented by amount in Row (11)**<br>0.3 % | |
| 14 | **Type of Reporting Person (See Instructions)**<br>IN | |

**Comment for Type of Reporting Person:** Note to Row 13: The percentage reported in this Amendment No. 8 is based upon 15,226,351 common shares outstanding as of November 24, 2025 (according to the Form 6-K).

## SCHEDULE 13D

**Item 1.** **Security and Issuer**

**(a)** **Title of Class of Securities:**

Common Shares, par value $0.001 per share

**(b)** **Name of Issuer:**

Scully Royalty Ltd.

**(c)** **Address of Issuer's Principal Executive Offices:**

ROOM 2103 SHANGHAI MART TOWER, 2299 YAN AN ROAD WEST, CHANGNING DIST., SHANGHAI, CHINA , 200336.

**Item 1 Comment:** EXPLANATORY NOTE

This Amendment No. 8 to Schedule 13D ("Amendment No. 8") amends and supplements the Schedule 13D filed by the Reporting Persons on December 11, 2023, as amended on October 8, 2024, November 26, 2025, December 8, 2025, December 8, 2025, December 19, 2025, December 29, 2025, and July 31, 2026 (collectively, the "Original Schedule 13D"), to amend certain information previously reported by the Reporting Persons in the Original Schedule 13D by adding the information set forth below to the items indicated.

Peter R. Kellogg, Goose Creek Capital, Inc., Charles K. Kellogg, IAT Reinsurance Company Ltd., IAT Insurance Group, Inc. and Harco National Insurance Company (the "Kellogg Parties" and together with the Reporting Persons, the "Reporting Group") are jointly filing a separate Schedule 13D on the date hereof reporting their respective beneficial ownership of common shares of the Issuer (the "Kellogg Schedule 13D").

Unless otherwise stated herein, all capitalized terms used in this Amendment No. 8 have the same meanings as those set forth in the Original Schedule 13D. Except as modified below, this Amendment No. 8 does not modify any of the information previously reported on the Original Schedule 13D, which remains unchanged.

**Item 4.** **Purpose of Transaction**

Item 4 of the Original Schedule 13D is amended as follows:

On September 14, 2026, certain members of the Reporting Group delivered a Notice of Requisition for Extraordinary General Meeting (the "Requisition Notice") to the Issuer pursuant to Article 16.3 of the Amended and Restated Articles of Association of the Company adopted by special resolution dated July 12, 2017 (the "Articles"). Pursuant to the Articles and the Requisition Notice, the Issuer is required to proceed to convene an extraordinary general meeting of the members of the Issuer ("EGM") for the purposes of considering, and if thought fit, passing ordinary resolutions appointing each of Jerrod Freund, Mark Holliday, Nimesh Patel and Skyler Wichers (the "Director Nominees") as a Director of the Issuer, succeeding Michael J. Smith, Dr. Shuming Zhao, Silke S. Stenger and Jochen Dumler (the "Incumbent Directors"), respectively, and, in the event that such ordinary resolutions are later determined for any reason to be ineffective, members of the Issuer are also asked to vote on special resolutions removing each of the Incumbent Directors and any Director of the Issuer appointed by the Incumbent Directors between the date of the Requisition Notice and the conclusion of the EGM and ordinary resolutions appointing each of the Director Nominees.

**Item 7.** **Material to be Filed as Exhibits.**

Item 7 is hereby amended and supplemented by adding the following:

Exhibit 1 Joint Filing Agreement, dated September 16, 2026

**SIGNATURE**

After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

Neil S. Subin

| | |
|---|---|
| **Signature:** | **/s/ Neil S. Subin** |
| **Name/Title:** | **Neil S. Subin** |
| **Date:** | **09/16/2026** |

## MILFAM LLC

**Signature:** **/s/ Neil S. Subin**
**Name/Title:** **Neil S. Subin/Manager**
**Date:** **09/16/2026**

## Alimco Re Ltd.

**Signature:** **/s/ Dylan Cariero**
**Name/Title:** **Dylan Cariero/Chief Executive Officer**
**Date:** **09/16/2026**

## Catherine C. Miller Irrevocable Trust

**Signature:** **/s/ Neil S. Subin**
**Name/Title:** **Neil S. Subin/Trustee**
**Date:** **09/16/2026**

## Catherine C Miller Trust A-3

**Signature:** **/s/ Neil S. Subin**
**Name/Title:** **Neil S. Subin/Manager**
**Date:** **09/16/2026**

## Catherine C Miller Revocable Trust

**Signature:** **/s/ Neil S. Subin**
**Name/Title:** **Neil S. Subin/Manager**
**Date:** **09/16/2026**

## Kimberley S. Miller GST Trust

**Signature:** **/s/ Neil S. Subin**
**Name/Title:** **Neil S. Subin/Trustee**
**Date:** **09/16/2026**

## LIMFAM LLC

**Signature:** **/s/ Neil S. Subin**
**Name/Title:** **Neil S. Subin/Manager**
**Date:** **09/16/2026**

## LIM III Estate LLC

**Signature:** **/s/ Neil S. Subin**
**Name/Title:** **Neil S. Subin/Manager**
**Date:** **09/16/2026**

## Lloyd I. Miller Trust A-1

**Signature:** **/s/ Neil S. Subin**
**Name/Title:** **Neil S. Subin/Manager**
**Date:** **09/16/2026**

## Catherine C Miller Estate

**Signature:** **/s/ Neil S. Subin**
**Name/Title:** **Neil S. Subin/Personal Representative**
**Date:** **09/16/2026**

## Lloyd I. Miller, III Irrevocable Trust

**Signature:** **/s/ Neil S. Subin**
**Name/Title:** **Neil S. Subin/Trustee**
**Date:** **09/16/2026**

## Miller Great Grandchildren Trust

**Signature:** **/s/ Neil S. Subin**
**Name/Title:** **Neil S. Subin/Trustee**
**Date:** **09/16/2026**

## Susan F. Miller Spousal Trust A-4

**Signature:** **/s/ Neil S. Subin**
**Name/Title:** **Neil S. Subin/President**
**Date:** **09/16/2026**

## Miller Family Education and Medical Trust

**Signature:** **/s/ Neil S. Subin**
**Name/Title:** **Neil S. Subin/President**
**Date:** **09/16/2026**

## MFTC, LLC

**Signature:** **/s/ Neil S. Subin**

10/9/26, 8:38 PM sec.gov/Archives/edgar/data/16859/000121390026100646/xslSCHEDULE_13D_X02/primary_doc.xml

**Name/Title:** Neil S. Subin/President
**Date:** 09/16/2026

## MILFAM I L.P.

**Signature:** /s/ Neil S. Subin
**Name/Title:** Neil S. Subin/Manager
**Date:** 09/16/2026

## MILFAM II L.P.

**Signature:** /s/ Neil S. Subin
**Name/Title:** Neil S. Subin/Manager
**Date:** 09/16/2026

## MILFAM III LLC

**Signature:** /s/ Neil S. Subin
**Name/Title:** Neil S. Subin/Manager
**Date:** 09/16/2026

## Susan F. Miller

**Signature:** /s/ Susan F. Miller
**Name/Title:** Susan F. Miller
**Date:** 09/16/2026