**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

SCULLY ROYALTY LTD.,

Plaintiff,

v.

Case No.: 2:26-cv-14257-AMC

IAT REINSURANCE CO. LTD., IAT INSURANCE GROUP, INC., PETER KELLOGG, CHARLES KELLOGG, GOOSE CREEK CAPITAL, INC., HARCO NATIONAL INSURANCE COMPANY, MILFAM LLC, NEIL SUBIN, SKYLER WICHERS, ALAN HOWE & MARK HOLLIDAY,

Defendants.
_______________________________________/

**NOTICE OF FILING CORRECTED EXHIBITS**

Defendants MILFAM LLC, Neil Subin, Skyler Wichers, Alan Howe, and Mark Holliday (together, the "MILFAM Defendants"), by and through undersigned counsel, hereby file this Notice of Filing Corrected Exhibits in support of the Defendants' Motion to Dismiss [D.E. 23].

1. On October 13, 2026, the undersigned filed Defendants' Motion to Dismiss [D.E. 23].

2. After a review of the filing, it was determined that incorrect Exhibits A and B were attached with the filing.

3. The corrected Exhibits are attached hereto as Exhibit A and Exhibit B, respectively.

Dated: October 15, 2026

**K&L GATES LLP**

*/s/ Jonathan B. Morton*
Jonathan B. Morton, Esq.
Florida Bar No. 956872
Jonathan.Morton@klgates.com
Michelle Komisarchik
Florida Bar No. 1070480
Michelle.Komisarchik@klgates.com
One Biscayne Tower
2 S. Biscayne Blvd., Suite 1900
Miami, Florida 33131-2399
Telephone: (305) 539-3300
Facsimile: (305) 358-7095

*Attorneys for MILFAM Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of October, 2026, this Notice of Filing Corrected Exhibits was filed using the Court's CM/ECF electronic notification system and served on all counsel of record.

*/s/ Jonathan B. Morton*