**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

SCULLY ROYALTY LTD.,

Plaintiff,

v.

IAT REINSURANCE CO. LTD., et al.,

Defendants.

Case No. 2:26-cv-14257-AMC

**PLAINTIFF'S NOTICE OF COMPLIANCE DEFENDANT WICHERS' QUESTIONNAIRE PURSUANT TO COURT ORDER [ECF No. 32]**

Plaintiff Scully Royalty Ltd. ("Scully" or "Plaintiff") hereby files this Notice of Compliance pursuant to the Court's October 16, 2026 Paperless Order and Minute Entry [ECF No. 32], which directs that "Plaintiff shall file a copy of the Wichers questionnaire referenced in the Motion [ECF No. 21 p. 5]" by October 19, 2026.

Attached as **Exhibit A** is a true and correct copy of the Wichers questionnaire referenced in Plaintiff's Motion [ECF No. 21, p. 5]. The attached exhibit contains minimal redactions for privacy concerns as set forth in the pending agreed motion to seal [ECF No. 34]. An unredacted version of the Wichers questionnaire is also being served to the Defendants.

Dated: October 19, 2026

Respectfully submitted,

*s/Martin B. Goldberg*
Martin B. Goldberg
Florida Bar No. 827029
mgoldberg@lashgoldberg.com
Benjamin R. Shiekman
Florida Bar No. 113114
bshiekman@lashgoldberg.com
LASH GOLDBERG FINEBERG LLP
Miami Tower
100 Southeast 2nd Street, Suite 1200
Miami, FL 33131-2158
Telephone: (305) 347-4040
Facsimile: (305) 347-4050

LATHAM & WATKINS LLP
Colleen C. Smith (*admitted pro hac vice*)
12670 High Bluff Drive
San Diego, CA 92130-3086
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
Colleen.Smith@lw.com

John J. Barber (*admitted pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Jack.Barber@lw.com

Jordan Davisson Cook (*admitted pro hac vice*)
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 755-8238
Facsimile: (714) 755-8290
Jordan.Cook@lw.com

*Attorneys for Plaintiff Scully Royalty Ltd.*