**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

SCULLY ROYALTY LTD.,

Plaintiff,

v.

IAT REINSURANCE CO. LTD., et al.,

Defendants.

Case No. 2:26-cv-14257-AMC

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER**
**[ECF NO. 37]**

Plaintiff Scully Royalty Ltd. ("Scully" or "Plaintiff") hereby files this Notice of Compliance pursuant to the Court's October 21, 2026 Paperless Order and Minute Entry (the "Order") [ECF No. 37], which directs that "Plaintiff shall file the Wichers' Questionnaire on the public docket in limited redacted form, redacting only Defendant Wichers's residential address, place of birth, personal telephone number, and personal email address, together with the personal data identifiers that may be redacted under Section 6A of the Court's CM/ECF Administrative Procedures."

Attached as **Exhibit A** is a true and correct copy of the Wichers questionnaire referenced in Plaintiff's Motion, redacted in accordance with the Court's Order [ECF No. 37].

Dated: October 21, 2026

Respectfully submitted,

*s/ Martin B. Goldberg*
Martin B. Goldberg
Florida Bar No. 827029
mgoldberg@lashgoldberg.com
Benjamin R. Shiekman
Florida Bar No. 113114
bshiekman@lashgoldberg.com
LASH GOLDBERG FINEBERG LLP
Miami Tower
100 Southeast 2nd Street, Suite 1200
Miami, FL 33131-2158
Telephone: (305) 347-4040
Facsimile: (305) 347-4050

LATHAM & WATKINS LLP
Colleen C. Smith (*admitted pro hac vice*)
12670 High Bluff Drive
San Diego, CA 92130-3086
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
Colleen.Smith@lw.com

John J. Barber (*admitted pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Jack.Barber@lw.com

Jordan Davisson Cook (*admitted pro hac vice*)
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 755-8238
Facsimile: (714) 755-8290
Jordan.Cook@lw.com

*Attorneys for Plaintiff Scully Royalty Ltd.*